# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) Case No. 2:15-cr-00011-JCM-CWH<br>) |
| vs. | ) **ORDER**<br>) |
| DESHAWN WALKER, | )<br>) |
| Defendant. | )<br>) |

Presently before the court is Defendant Deshawn Walker's letter (ECF No. 173), filed on December 14, 2016. Defendant states that his attorney would not file an appeal on his behalf and requests that the court appoint him an attorney for the purpose of appeal. In light of Defendant's representations, the court requests that attorney Michael J. Miceli, who represented Defendant in the district court proceedings, file any motions he deems appropriate, and/or a status report, by January 10, 2017.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Clerk of Court must electronically serve a copy of this order on attorney Michael J. Miceli.

DATED: December 20, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**