# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>JEROME MICHAEL BELL and DESHAWN WALKER,<br><br>Defendant(s). | Case No. 2:15-CR-11 JCM (CWH)<br><br>ORDER |

Presently before the court is Deshawn Walker's ("defendant") motion for compassionate release under the FIRST STEP Act. (ECF No. 210).

On April 16, 2020, Chief Judge Du issued General Order 2020-06, which appoints the Federal Public Defender's office ("FPD") "to represent a defendant if that defendant files a pro se section 3582(c)(1)(A) motion directly with this Court pursuant to section 603(b) of the FIRST STEP Act. FPD must file a supplement to the defendant's pro se motion within seven days." General Order 2020-06. General Order 2020-06 provides that "[i]f FPD has a prohibitive conflict and may not represent an individual defendant seeking compassionate release where FPD determines the motion would not be frivolous, FPD will file a motion requesting that CJA counsel be appointed according to the regular procedures of the District of Nevada for the appointment of counsel." *Id.*

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the FPD is appointed to review and supplement defendant's motion for compassionate release.

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that if the FPD has a prohibitive conflict of interest, the FPD shall file a motion requesting CJA counsel be appointed.

DATED May 6, 2020.

_____
UNITED STATES DISTRICT JUDGE